IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER Y. MEEK, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> KANSAS CITY LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No. 19-00472-CV-W-BP |

## JUDGMENT IN A CIVIL CASE

  **X** **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  ___ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**
The Court directs that judgment be entered with respect to the following Class:

> All persons (1) who own or owned a Better Life Plan, Better Life Plan Qualified, LifeTrack, AGP, MGP, PGP, Chapter One, Classic, Rightrack (89), Performer (88), Performer (91), Prime Performer, Competitor (88), Competitor (91), Executive (88), Executive (91), Protector 50, LewerMax, Ultra 20 (93), Competitor II, Executive II, Performer II, or Ultra 20 (96) life insurance policy issued or administered by Defendant, or its predecessors in interest, (2) that was active on or after January 1, 2002, (2) purchased the life insurance policy while domiciled in Kansas, **and (4) incurred charges for "Cost of Insurance" or "Expense Charges" between June 18, 2014 and February 28, 2021.** Excluded from the Class are: KC Life; any entity in which KC Life has a controlling interest; any of the officers, directors, employees, or sales agents of KC Life; the legal representatives, heirs, successors, and assigns of KC Life; anyone employed with Plaintiff's counsel's firms; and any Judge to whom this case is assigned, and his or her immediate family.

The judgment to be entered is as follows:

1. Pursuant to the Court's March 27, 2023, Order, the jury's May 25, 2023, verdict, and the Court's June 20, 2023, Order, judgment is entered in favor of the Class and against Defendant on Count I in the amount of $908,075.00.

2. Pursuant to the Court's March 27, 2023, Order, the jury's May 25, 2023, verdict, and the Court's June 20, 2023, Order, judgment is entered in favor of the Class and against Defendant on Count II in the amount of zero dollars.

3. Pursuant to the jury's May 25, 2023, verdict, and the Court's June 20, 2023, Order, judgment is entered in favor of Defendant and against the Class on Count III.

4. Pursuant to the Court's March 27, 2023, Order, judgment is entered in favor of Defendant and against the Class on Count IV.

5. Pursuant to the Court's June 20, 2023, Order, Count V is dismissed without prejudice to the other rulings in this case.

6. Pursuant to the Court's September 27, 2023, Order, Plaintiff is awarded postjudgment interest from June 20, 2023, to the date the judgment is paid at a rate of 5.23%, computed daily and compounded annually.

September 27, 2023  
Date

Paige Wymore-Wynn  
Clerk of Court

/s/ Shauna Murphy-Carr  
(by) Deputy Clerk